FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 3 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-18-00720-PHX-DGC (MHB) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Derrick Lee Hinton, | VIO: 18 U.S.C. §§ 1153, 2241(a) and 2246 (CIR-Aggravated Sexual Abuse) Counts 1 and 2 |
| Defendant. | 18 U.S.C. §§ 1153 and 1201(a)(2) (CIR-Kidnapping) Count 3 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about May 31, 2013, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendant, DERRICK LEE HINTON, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, E.S., by using force against her. The sexual act involved contact between the defendant DERRICK LEE HINTON's penis and E.S.'s vulva, upon penetration, however slight, and is specifically alleged to have occurred the first time.

In violation of Title 18, United States Code, Sections 1153, 2241(a) and 2246.

### COUNT 2

On or about May 31, 2013, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendant, DERRICK LEE HINTON, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim,

E.S., by using force against her.  The sexual act involved contact between the defendant DERRICK LEE HINTON's penis and E.S.'s vulva, upon penetration, however slight, and is specifically alleged to have occurred the second time.

In violation of Title 18, United States Code, Sections 1153, 2241(a) and 2246.

### COUNT 3

On or about May 31, 2013, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, defendant, DERRICK LEE HINTON, an Indian, did unlawfully seize, confine, kidnap, abduct and carry away and hold for ransom, reward or otherwise E.S.

In violation of Title 18, United States Code, Sections 1153 and 1201(a)(2).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  May 23, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
THOMAS SIMON
Assistant U.S. Attorney